**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| GLENBROOK PATIOHOME, OWNERS ASSOCIATION § § § Plaintiff, § § v. § LEXINGTON INSURANCE COMPANY, § *et al.*, § § Defendants. § | CIVIL ACTION NO. H-10-2929 |

**ORDER**

No later than **April 8, 2011**, the parties must submit a proposed scheduling and docket control order consistent with this court's Memorandum and Order dated February 14, 2011, with the related cases involving the same or similar coverage issues, and with the status of the appraisal.

SIGNED on March 22, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge